IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GURSHEEL S. DHILLON, M.D.         )
                                  )
v.                                ) NO. 3-12-0151
                                  ) JUDGE CAMPBELL
STATE OF TENNESSEE HEALTH         )
RELATED BOARD OF MEDICAL          )
EXAMINERS, et al.                 )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 126) and Objections filed by the Plaintiff (Docket Nos. 129 and 130).[1] Plaintiff's request for oral argument is DENIED.

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved. Accordingly, Plaintiff's claim for injunctive relief is DISMISSED without prejudice.[2]

All claims now having been dismissed, the Clerk is directed to close this file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

---

[1] Plaintiff's filings are entitled "Plaintiff's Motion to Disqualification of Magistrate Judge, Plaintiff's Motion to Object to Magistrate's Finding of Younger Abstention, Plaintiff's Motion to Set Aside the Court's Order and Motion for a New Trial" and Amended "Plaintiff's Motion to Disqualification of Magistrate Judge, Plaintiff's Motion to Object to Magistrate's Finding of Younger Abstention, Plaintiff's Motion to Set Aside the Court's Order and Motion for a New Trial." Docket Nos. 129 and 130.

[2] In addition, Plaintiff's Combined Appeal and Amended Appeal for Review of Magistrate's Order (Docket Nos. 109 and 114) are DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

2